FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 0 4 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SERAPHINE WARREN-BEGAY, a.k.a. ) <br> "Seraphine Warren," ORLANDO ) <br> BEGAY, NELTON ALEX BEKAY, and ) <br> JOSEPHINE BEKAY, ) <br> ) <br> Defendants. ) | CRIMINAL NO. 23-1483 MLG <br><br> Count 1: 18 U.S.C. § 1201(a)(1): Kidnapping; 18 U.S.C. § 2: Aiding and Abetting; <br><br> Count 2: 18 U.S.C. § 1201(c): Conspiracy to Commit Kidnapping. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about April 1, 2021, in San Juan County, in the District of New Mexico and elsewhere, the defendants, **SERAPHINE WARREN-BEGAY, ORLANDO BEGAY, NELTON ALEX BEKAY**, and **JOSEPHINE BEKAY**, unlawfully kidnapped, abducted, inveigled, decoyed, seized, confined, and caried away John Doe and held him for ransom, reward, and otherwise, and in committing the offense, John Doe was willfully transported in interstate commerce from the State of Arizona to the State of New Mexico.

In violation of 18 U.S.C. §§ 1201(a)(1) and 2.

## Count 2

From on or about March 29, 2021, to on or about April 1, 2021, in San Juan County, in the District of New Mexico and elsewhere, the defendants, **SERAPHINE WARREN-BEGAY, ORLANDO BEGAY, NELTON ALEX BEKAY**, and **JOSEPHINE BEKAY**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted

interdependently with each other to kidnap, abduct, inveigle, decoy, seize, confine, and carry away John Doe and hold him for ransom, reward, and otherwise, and in committing the offense, John Doe was willfully transported in interstate commerce from the State of Arizona to the State of New Mexico.

## Manner and Means

The manner and means by which the defendants, **SERAPHINE WARREN-BEGAY**, **ORLANDO BEGAY**, **NELTON ALEX BEKAY**, and **JOSEPHINE BEKAY**, sought to accomplish the objectives of the conspiracy included, among other things, the following:

a. Researching John Doe on Facebook;

b. Locating John Doe's whereabouts;

c. Driving as a group to John Doe's location;

d. Bringing handcuffs, two paintball guns, a metal baton, pepper spray, and a Glock handgun for use in the kidnapping;

e. Entering John Doe's house as a group to overcome John Doe;

f. Assaulting John Doe as a group;

g. Handcuffing John Doe and placing him in a vehicle;

h. Leaving John Doe's residence with John Doe handcuffed in a vehicle;

i. Transporting John Doe in interstate commerce from the State of Arizona to the State of New Mexico.

## Overt Acts

In furtherance of of the conspiracy, and to effect the objects, thereof, the following overt acts, among others, were committed in the District of New Mexico and elsewhere:

Overt Act 1

a. On or about March 29, 2021, **SERAPHINE WARREN-BEGAY** used Facebook to research John Doe;

Overt Act 2

b. On or about March 30, 2021, **SERAPHINE WARREN-BEGAY** and **ORLANDO BEGAY** traveled to Arizona to locate John Doe;

Overt Act 3

c. On or about April 1, 2021, **SERAPHINE WARREN-BEGAY** directed **NELTON ALEX BEKAY**, and **JOSEPHINE BEKAY**, to meet her and **ORLANDO BEGAY** in Arizona;

Overt Act 4

d. On or about April 1, 2021, **NELTON ALEX BEKAY** and **JOSEPHINE BEKAY** drove to Arizona to meet with **SERAPHINE WARREN-BEGAY** and **ORLANDO BEGAY**;

Overt Act 5

e. On or about April 1, 2021, **NELTON ALEX BEKAY** and **JOSEPHINE BEKAY** brought, among other things, handcuffs, pepper spray, a metal baton, and a Glock hand gun, to the meeting with **SERAPHINE WARREN-BEGAY** and **ORLANDO BEGAY**;

Overt Act 6

f. On or about April 1, 2021, **SERAPHINE WARREN-BEGAY**, **ORLANDO BEGAY**, **NELTON ALEX BEKAY**, and **JOSEPHINE BEKAY** drove in a black Ram Quad Cab truck and a black Nissan Pathfinder to John Doe's location;

Overt Act 7

g. On or about April 1, 2021, **SERAPHINE WARREN-BEGAY**, **ORLANDO BEGAY**, **NELTON ALEX BEKAY**, and **JOSEPHINE BEKAY** entered John Doe's residence;

Overt Act 8

h.  On or about April 1, 2021, **SERAPHINE WARREN-BEGAY** hit John Doe on the top of his head with a blunt force object;

Overt Act 9

i.  On or about April 1, 2021, **SERAPHINE WARREN-BEGAY, ORLANDO BEGAY,** and **JOSEPHINE BEKAY** shot John Doe with paintball guns;

Overt Act 10

j.  On or about April 1, 2021, **SERAPHINE WARREN-BEGAY, ORLANDO BEGAY, NELTON ALEX BEKAY,** and **JOSEPHINE BEKAY** handcuffed John Doe;

Overt Act 11

k.  On or about April 1, 2021, **SERAPHINE WARREN-BEGAY, ORLANDO BEGAY, NELTON ALEX BEKAY,** and **JOSEPHINE BEKAY** placed John Doe in the black Ram Quad Cab truck;

Overt Act 12

l.  On or about April 1, 2021, **SERAPHINE WARREN-BEGAY, ORLANDO BEGAY, NELTON ALEX BEKAY,** and **JOSEPHINE BEKAY** drove away with John Doe secured in the truck;

Overt Act 13

m.  On or about April 1, 2021, **SERAPHINE WARREN-BEGAY, ORLANDO BEGAY, NELTON ALEX BEKAY,** and **JOSEPHINE BEKAY** transported John Doe across state lines, specifically, from Arizona to New Mexico;

Overt Act 14

n.  On or about April 1, 2021, **SERAPHINE WARREN-BEGAY, ORLANDO BEGAY, NELTON ALEX BEKAY,** and **JOSEPHINE BEKAY** transported John Doe to Shiprock, New Mexico;

<u>Overt Act 15</u>

o. On or about April 1, 2021, **SERAPHINE WARREN-BEGAY**, **ORLANDO BEGAY**, **NELTON ALEX BEKAY**, and **JOSEPHINE BEKAY** released John Doe in Farmington, New Mexico.

In violation of 18 U.S.C. § 1201(c).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Ray Castillo
Assistant United States Attorney