UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Crim. No. 23-1483 MLG

**SERAPHINE WARREN-BEGAY**, a.k.a.
"Seraphine Warren," **ORLANDO
BEGAY**, **NELTON ALEX BEKAY**, and
**JOSEPHINE BEKAY**,

    Defendants.

## **MOTION TO UNSEAL CASE**

The United States of America moves this Court for an order unsealing the instant criminal case number for the following reasons:

1.      On October 4, 2023, a two-count Indictment was filed charging Defendants with: (1) Kidnapping in violation of 18 U.S.C. § 1201(a)(1) and (2) Conspiracy to Commit Kidnapping in violation of 18 U.S.C. § 1201(c).[1] Arrest warrants issued thereafter.

2.      All Defendants have been served with arrest warrants.[2]

3.      Consequently, there is no longer a need to keep the case under seal.

4.      Defendants are not yet represented by counsel in this matter, so concurrence of counsel was not sought.

WHEREFORE, the United States requests that this Court unseal the instant cause.

---

[1] Defendants also are charged in Count 1 with aiding and abetting in violation of 18 U.S.C. § 2.
[2] Defendant Seraphine Warren-Begay and Defendant Orlando Begay are scheduled for Rule 5 hearings in the District of Utah.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney


***Electronically submitted October 24, 2023***
MATTHEW J. MCGINLEY
Assistant United States Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274