# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                Crim. No. 23-1483 MLG

SERAPHINE WARREN-BEGAY, a.k.a.
"Seraphine Warren," ORLANDO
BEGAY, NELTON ALEX BEKAY, and
JOSEPHINE BEKAY,

    Defendants.

## ORDER TO UNSEAL CASE

This matter having come before the Court on the United States' Motion to Unseal Case. Doc. 13. The Court having reviewed the motion, finds the motion well taken.

It is therefore ordered that the instant case be unsealed.

_____
MATTHEW L. GARCIA
UNITED STATES DISTRICT JUDGE