AO 442 (Rev. 11/11) Arrest Warrant



2023 NOV -2 AM

CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| v. | ) |
| SERAPHINE WARREN-BEGAY, | ) Case No. CR 23-1483 MLG |
| a.k.a. "Seraphine Warren" | ) |
| | ) |
| | ) |
| Defendant | ) |

2023 OCT -5 AM 9:15

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SERAPHINE WARREN-BEGAY, aka Seraphine Warren
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1201(a)(1): Kidnapping; 18 U.S.C. § 2: Aiding and Abetting

Count 2: 18 U.S.C. §§ 1153 and 1201(c): Conspiracy to Commit Kidnapping

Date:   10/04/2023

*N. Maestas*
*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/4/23, and the person was arrested on *(date)* 10/19/23 at *(city and state)* Salt Lake City, UT. |
| Date: 10/25/23 |
| *Arresting officer's signature* |
| G. Estrada - DUSM |
| *Printed name and title* |