IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 23 CR 1483 MLG |
| JOSEPHINE BEKAY, et al., | § § § § | |
| Defendants. | § | |

## SUPPLEMENT TO MOTION [DOC. 43] FOR CONTINUANCE OF TRIAL AND DESIGNATION OF THE CASE AS COMPLEX

JOSEPHINE BEKAY, Defendant, by and through her undersigned appointed counsel, submits this supplement to her motion for continuance of trial, designation of the case as complex and for the entry of a scheduling order [Doc. 43].

1. On November 2, 2023, Ms. Bekay filed a motion seeking a continuance of the December 11, 2023 trial setting for Josephine Bekay and Nelson Alex Bekay, designation of the case as complex and for the entry of a scheduling order. The undersigned counsel indicated in that motion that all parties concurred with the relief sought, a representation made after having consulted with counsel for all parties. Counsel is advised that appointed counsel

for Seraphine Warren-Begay has determined the need to withhold concurrence with the part of the motion seeking complex case designation until after their client's arraignment and detention hearing on November 15, 2023. Accordingly, at this time, the motion is not completely unopposed as to the request to designate the case as complex. The undersigned counsel will submit a proposed order continuing the December 11, 2023 trial setting for Josephine Bekay and Nelson Alex Bekay, which is unopposed by all affected parties. The undersigned counsel apologizes for any confusion.

        Respectfully Submitted,

        /s/ *Electronically filed on 11/3/23*
        MARC H. ROBERT
        P.O. Box 25271
        Albuquerque, New Mexico 87102
        575.571.7435
        m505robert@gmail.com

        *Counsel for Josephine Bekay*