IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 23 CR 1483 MLG |
| | § | |
| JOSEPHINE BEKAY, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## SECOND SUPPLEMENT TO MOTION FOR CONTINUANCE OF TRIAL AND DESIGNATION OF THE CASE AS COMPLEX

JOSEPHINE BEKAY, Defendant, by and through her undersigned appointed counsel, submits this second supplement to her motion for continuance of trial, designation of the case as complex and for the entry of a scheduling order [Doc. 43].

1. On November 2, 2023, Ms. Bekay filed a motion seeking a continuance of the December 11, 2023 trial setting for Josephine Bekay and Nelson Alex Bekay, designation of the case as complex and for the entry of a scheduling order [Doc. 43]. The undersigned counsel indicated in that motion that all parties concurred with the relief sought, a representation made after having consulted with counsel for all parties. Counsel was subsequently advised

that appointed counsel for Seraphine Warren-Begay had determined the need to withhold concurrence with the part of the motion seeking complex case designation until after their client's arraignment and detention hearing on November 15, 2023. Those hearings have now occurred, and Seraphine Warren-Begay's counsel indicates her concurrence with the original motion.

ACCORDINGLY, Josephine Bekay, by and through the undersigned appointed counsel, for the reasons set forth in the original motion [Doc. 43], respectfully reiterates her request that the trial setting of December 11, 2023 be vacated, that the case be designated as complex, and that the Court enter a scheduling order setting deadlines including due dates for various motions and disclosures and a trial date accommodating the complex nature of the case and comporting with the Court's calendar; and providing for such other and further relief to which the Court may find the parties to be justly entitled.

Respectfully Submitted,

/s/ *Electronically filed on 11/15/23*
MARC H. ROBERT
P.O. Box 25271
Albuquerque, New Mexico 87102
575.571.7435
m505robert@gmail.com

*Counsel for Josephine Bekay*