# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**FILED**

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                  **CR 23-1483 MLG**

**SERAPHINE WARREN-BEGAY,**

    **Defendant.**

## ORDER ADOPTING CONDITIONS OF RELEASE

**THIS MATTER** having come before the Court for Initial Appearance, Arraignment and Detention Hearings, attorney Matthew McGinley appearing for the government and attorney Justine Fox-Young appearing for the defendant, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the previously imposed Conditions of Release set in the District of Utah are hereby **ADOPTED** by this Court.

_____
Karen B. Molzen
United States Magistrate Judge