# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
# MINUTE SHEET
# BEFORE THE HONORABLE MATTHEW L. GARCIA

## Scheduling Conference

| CR No: | 23-1483 MLG | USA v. | Warren-Begay, et al | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 11/28/23 | Time In: | 1:51 | Time Out: | 2:04 | Total Time: | 13 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca | | Courtroom: | Gila | |
| USPO: | n/a | | | Interpreter: | n/a | | |
| AUSA: | Matthew McGinley & Elisa Dimas | | | Defense Counsel: | Justine Fox-Young, Ahmad Assed & Marc Robert | | |

### PROCEEDINGS

1:51 Court in session; parties state appearances; Defendants are not present.

Court addresses parties re: motion for complex case designation and entry of a scheduling order.

Mr. Robert responds and outlines current posture of this case, outlines reasoning for complex case designation and answers Court's questions.

Ms. Fox-Young responds.

Mr. Assed has nothing to add.

AUSA responds and outlines reasoning for complex case designation. Reasons differ from Mr. Robert.

Mr. Robert answers questions re: proposed scheduling order.

AUSA responds; requests trial be set out further than currently proposed.

Mr. Robert responds.

Ms. Fox-Young responds.

AUSA notifies the Court that Defendant Orlando Begay is scheduled for sentencing in Utah and will join this matter thereafter.

Court will issue an order designating this case complex.

AUSA outlines proposed changes to proposed scheduling order re: expert deadlines and Jencks Act disclosures.

Mr. Robert responds and objects.

Fox-Young responds.

Parties have nothing to add.

Court will enter a scheduling order.

2:04 Court is adjourned.